<div align="center">

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

</div>

Jo Ann Nixon
Glenda August & Assoc.
129 W. Pershing St.
New Iberia La 70560

<div style="border:1px solid black; padding:8px;">
Judgment on rehearing rendered and mailed to all parties or counsel of record on December 22, 2021
</div>

<div align="center">

**REHEARING ACTION: December 22, 2021**

</div>

**Docket Number: 21   00344-CA**

**ROSE PERKINS**
**VERSUS**
**JENNINGS AMERICAN LEGION HOSPITAL, ET AL.**

**Appealed from Jefferson Davis Parish Case No. C-271-20**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. Van H. Kyzar**
    **Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rose Perkins** has this day been

    **DENIED.**

cc: Dawn Mayeux Fuqua, Counsel for the Appellee